UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUSAN L. WILCOX,                            CIVIL NO. 04-3866 (ADM/JSM)

    Plaintiff,

v.                                                          <u>ORDER</u>

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 22, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that defendant's Motion to Dismiss [Docket No. 5] is **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: <u>May 20, 2005</u>

                                                s/Ann D. Montgomery

                                                _____
                                                ANN D. MONTGOMERY
                                                United States District Court Judge